

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00492-CV

**IN THE INTEREST OF K.B.F.** and Z.A.R., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02954
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED January 7, 2015.

_____
Marialyn Barnard, Justice